MARGARET A. LYNCH, Respondent, *v.* ANNA MURPHY,
Appellant.

*Lynch* v. *Murphy*, 165 App. Div. 903, affirmed.
(Argued May 18, 1917; decided June 5, 1917.)

APPEAL, by permission, from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered November 18, 1914, affirm-
ing a determination of the Appellate Term which
affirmed a judgment of the City Court of the city
of New York in favor of plaintiff entered upon a
verdict. The complaint alleged that immediately prior
to October 30, 1905, an agreement was entered into
between plaintiff and defendant wherein and whereby
the defendant promised and agreed with the plaintiff
that if the plaintiff would purchase any shares of
the capital stock of the Columbia Carbide Company of
South Dakota, a foreign corporation, and the corpora-
tion was not within a reasonable length of time there-
after a success or the plaintiff did not realize upon her
interest in the corporation, the defendant would purchase
from the plaintiff the said shares of stock so purchased
by her and would pay to the plaintiff the amount which
the said plaintiff should pay therefor, and interest; that
the plaintiff fully kept and performed all the terms of
said agreement on her part to be performed, and on
October 30, 1905, purchased and took ten shares of said
stock, paying therefor the sum of $100; that more
than a reasonable length of time has passed since such
purchase and the plaintiff has not realized upon her
interest in said corporation, and the corporation is not a
success, but is in a dormant condition, doing no busi-
ness, and the plaintiff has been unable to realize upon her
interest in the corporation, upon her shares of stock, and
on or about the 30th day of September, 1911, the plaintiff
tendered to the defendant the said ten shares of stock
and demanded from the defendant that she purchase the
same from her and pay to her the said sum of $100, the

amount that the plaintiff had paid therefor, and interest, but that defendant has neglected and refused to do so. The defendant alleged that the agreement or promise was a special promise to answer for the debt, default or miscarriage of a person other than this defendant, to wit, . the Columbia Carbide Company of South Dakota, and that said promise was not nor was any note or memorandum thereof made in writing or subscribed by the party to be charged therewith.

*Ralph Royall* and *Royall Victor* for appellant.

*Benjamin E. Messler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, CRANE and ANDREWS, JJ.